**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 6951

------------------------------------------------------------X
ELLIOT PORCO,

                            Plaintiff,                Case No. _____

    - v -

LEXINGTON INSURANCE COMPANY.

                           Defendant.
------------------------------------------------------------X

AUG 04 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## NOTICE OF PETITION FOR REMOVAL

**PLEASE TAKE NOTICE** that Defendant LEXINGTON INSURANCE COMPANY ("Defendant") hereby removes this action pursuant to 28 U.S.C. §1332, 1441, and 1446 from the Supreme Court of the State of New York, County of Westchester, to the United States District Court for the Southern District of New York. This action is styled *Elliot Porco v. Lexington Insurance Company,* Index No. 14961/2008 (the "State Court Action"). The grounds for removal are as follows:

    1.     On or about June 30, 2008, Plaintiff Elliot Porco ("Plaintiff") commenced this civil action against Defendant in the Supreme Court of the State of New York, Westchester County, by filing a Summons and Complaint. True and correct copies of the summons and complaint are attached as **Exhibit "A"** in accordance with 28 U.S.C. §1446(a)

    2.     Plaintiff served the Defendant with the Summons and Complaint via the State of New York Insurance Department on July 14, 2008. Thus, this Notice of removal is being timely filed pursuant to 28 U.S.C. §1446(b) because it is filed within 30 days of service.

    3.     Plaintiff is a citizen of New York, with a residence in New York.

    4.     Plaintiff has alleged and demanded damages in the amount of $237,146.00.

246571.1

5. Defendant is a Delaware corporation, with its principal place of business in Massachusetts.

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and is between the citizens of different states.

7. Venue is proper in this Court pursuant to 28 U.S.C. §112(b) because it is the district and division embracing the place where such action in pending in accordance with 28 U.S.C. §1441(a).

8. No previous application has been made for the relief requested herein.

9. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiff, and a copy is also being filed with the Clerk of the New York Supreme Court, Westchester County. The Notice of Filing Notice of Removal is attached as **Exhibit "B"**.

WHEREFORE, the Defendant Underwriters respectfully requests that this action be removed from the Supreme Court of the State of New York, Westchester County to the United States District Court for the Southern District of New York, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

Dated: August 4, 2008

Respectfully submitted,

CLAUSEN MILLER P.C.

By: _____
Jacob R. Zissu (JZ1999)
Attorneys for Defendants

2

246571.1

LEXINGTON INSURANCE COMPANY
One Chase Manhattan Plaza
New York, New York 10005
(212) 805-3943

Exhibit A

INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

JUL 2 1 2008

LEGAL DEPARTMENT

STATE OF NEW YORK
Supreme Court, County of Westchester

............................................................................

ELLIOT PORCO

      against     Plaintiff(s)

Lexington Insurance Company

              Defendant(s)

14961/08

............................................................................

RE : Lexington Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on July 10, 2008 at New York, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

 Abraham, Lerner & Arnold, LLP
 Attorneys at Law
 292 Madison Avenue, 22nd Floor
 New York, New York 10017

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

 Legal Department
 Lexington Insurance Company
 200 Summer Street
 Boston, Massachusetts 02110

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, July 14, 2008
Defendant letter was certified at the Albany Post Office on Tuesday, July 15, 2008 at 1:30 P.M. by Lewis Merritt

434781  C.A.#192228

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------X
ELLIOT PORCO,

                      Plaintiffs,

        -against-

LEXINGTON INSURANCE COMPANY,

                      Defendant.
-----------------------------------------------------------------X

Index No.: 14961/08
Date purchased: 7/7/08

Plaintiff(s) designate(s)
WESTCHESTER
County as the place of trial

SUMMONS

Plaintiff(s) Reside(s) at:
120 Vernon Drive
Scarsdale, New York 10583
County of Westchester

The basis of venue designated
is: Plaintiff's Residence

To the above named Defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Atttorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, the 30th day of June, 2008

                                     ABRAHAM, LERNER & ARNOLD, LLP
                                     Attorneys for Plaintiff

                                     By_____
                                       Johnathan C. Lerner
                                   292 Madison Avenue, 22nd Floor
                                   New York, New York 10017
                                   212-686-4655

Defendant's Address:

Lexington Insurance Co. 200 Summer Street, Boston, Massachussetts 02110, c/o
Superintendent of Insurance

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------X
ELLIOT PORCO,

          Plaintiff,

-against-

LEXINGTON INSURANCE COMPANY,

          Defendant.
------------------------------------------------------------X

Index No.: 14961/08

**COMPLAINT**

    The Plaintiff, ELLIOT PORCO, by his attorneys, ABRAHAM, LERNER & ARNOLD, LLP, as and for his Complaint, alleges upon information and belief as follows:

    1.    At all times hereinafter mentioned, plaintiff ELLIOT PORCO ("plaintiff") was and still is an individual over the age of eighteen, and a resident and citizen of the State of New York.

    2.    At all times hereinafter mentioned, defendant LEXINGTON INSURANCE COMPANY. ("defendant") was and still is a foreign corporation, organized and existing under and by virtue of the laws of the State of Massachusetts, with its principal place of business located in the State of Massachusetts.

    3.    At all times hereinafter mentioned, defendant was authorized by the Superintendent of Insurance to issue policies of insurance in the State of New York, including the policy issued to plaintiff herein.

\tAHAM, LERNER
ARNOLD, LLP
TORNEYS AT LAW
ISON AVENUE, 22ND FLOOR
IRK, NEW YORK 10017

4. At all times hereinafter mentioned, defendant was an unadmitted carrier, not authorized by the Superintendent of Insurance to issue policies of insurance in the State of New York.

5. At all times hereinafter mentioned, plaintiff was the title owner of the premises located at 120 Vernon Drive, Scarsdale, New York (hereinafter referred to as "the subject premises").

6. At all times hereinafter mentioned, plaintiff maintained an insurable interest in the subject premises.

7. Prior to June 2, 2007, for good and valuable consideration, defendant issued to plaintiff a policy of insurance bearing number LE 7887130 01, with effective dates of coverage from June 4, 2006 through June 4, 2007, which policy insured the subject premises, including the swimming pool located at the subject premises, against all risks of loss.

8. On or about June 2, 2007, while the aforementioned policy was in full force and effect, the swimming pool located at subject premises was damaged by a covered peril.

9. Subsequent to June 2, 2007, plaintiff submitted a claim to defendant seeking to be indemnified for the damages sustained to the swimming pool at the subject premises.

10. Defendant has failed to indemnify plaintiff for the damages sustained to the swimming pool at the subject premises, despite the fact that same has been duly demanded.

RAHAM, LERNER
. ARNOLD, LLP
TORNEYS AT LAW
ISON AVENUE, 22ND FLOOR
IRK, NEW YORK 10017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

ELLIOT PORCO,

        Plaintiff,

-against-

LEXINGTON INSURANCE COMPANY,

        Defendant.

### SUMMONS and COMPLAINT

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice law in the State of New York, certifies that, upon information and belief based upon reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: July 2, 2008

Signature: _____

Print Signer's Name: Jonathan C. Lerner

Service of a copy of the within [ ] is hereby admitted.

Dated:

_____
Attorney(s) for

ABRAHAM LERNER & ARNOLD, LLP
Attorneys for Plaintiff
292 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 686-4665

Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------------------------- X
ELLIOT PORCO,

                                    Plaintiff,                  Index No. 14961/2008

- v -

                                                                    **NOTICE OF FILING**

LEXINGTON INSURANCE COMPANY.                  **PETITION FOR**
                                                                    **REMOVAL**

                                    Defendant.
---------------------------------------------------------------- X

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE** that the above captioned action has been removed to the United States District Court for the Southern District of New York. A copy of the Petition for Removal, filed with the United States District Court on August 4, 2008, is attached hereto for filing with this Court.

**PLEASE TAKE FURTHER** notice that pursuant to 28 U.S.C. § 1446(d), the filing of the Petition for Removal with the District Court effects the removal of this action, and this Court shall proceed no further unless and until this action is remanded.

Dated: New York, New York
          August 4, 2008

                                                      Respectfully submitted,
                                                      CLAUSEN MILLER P.C.

                               By:   _____
                                                   Jacob R. Zissu
                                                  Attorneys for Defendants
                                                  LEXINGTON INSURANCE COMPANY
                                                  One Chase Manhattan Plaza
                                                 New York, New York 10005
                                                 (212) 805-3943

To:
Jonathan C. Lerner
ABRAHAM, LERNER, & ARNOLD, LLP
292 Madison Avenue, 22nd Floor
New York, New York 10017

246571.1

(212) 686-4655

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on the 4th day of August, 2008, I caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be served by U.S. mail, postage prepaid, on the following:

        Jonathan C. Lerner
        ABRAHAM, LERNER, & ARNOLD, LLP
        292 Madison Avenue, 22nd Floor
        New York, New York 10017
        (212) 686-4655

_____
Jacob R. Zissu