*ELLIOT PORCO v. LEXINGTON INSURANCE COMPANY* 08cv6951 (KMK) ECF FILING

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 5th day of August, 2008, I caused a true and correct copy of the NOTICE OF PETITION FOR REMOVAL, RULE 7.1 STATEMENT, AUGUST 1, 2008 EDITION OF THE ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL RULES OF PRACTICE OF THE HON. KENNETH M. KARAS, & INDIVIDUAL RULES OF PRACTICE OF MAGISTRATE GEORGE A. YANTHIS to be served by U.S. mail, postage prepaid, on the following individual:

> Jonathan C. Lerner
> ABRAHAM, LERNER, & ARNOLD, LLP
> 292 Madison Avenue, 22nd Floor
> New York, New York  10017
> (212) 686-4655
> *Attorneys for Plaintiff*
> *Elliot Porco*

_____
Jacob R. Zissu