# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUDGE KARAS

'08 CIV 6951.

|  |  |
|---|---|
| ELLIOT PORCO | Plaintiff, |
| -v- | |
| LEXINGTON INSURANCE COMPANY | |
| | Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

LEXINGTON INSURANCE COMPANY          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEE ATTACHED LIST OF AMERICAN INTERNATIONAL GROUP, INC. SUBSIDIARIES AND AFFILIATES

RECEIVED
AUG 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**Date:** 8/4/2008

_____
**Signature of Attorney**

**Attorney Bar Code:** JZ1999

Form Rule7_1.pdf  SDNY Web 10/2007

1 of 1 DOCUMENT

Copyright 2008 Reed Elsevier Inc. All rights reserved.

LexisNexis® Corporate Affiliations

*******************HIERARCHY*******************
(LEVEL) COMPANY

- (P)  American International Group, Inc. (Parent), New York, NY
  - (1) AIG Marketing, Inc. (Division), New York, NY

  - (1) America General Financial Service (Division), Evansville, IN

  - (1) Louisiana Risk Specialists (Division), New Orleans, LA

  - (1) New England Risk Specialists (Division), Boston, MA

  - (1) 21st Century Insurance Group (Subsidiary), Woodland Hills, CA
    - (2) 21st Century Insurance Co. (Subsidiary), Woodland Hills, CA


  - (1) A.I. Credit Corp. (Subsidiary), Jersey City, NJ

  - (1) AIG (Subsidiary), Houston, TX

  - (1) AIG American General Corporation (Subsidiary), Houston, TX
    - (2) American General Life Brokerage Group (Division), Milwaukee, WI
    - (2) American International Group (Division), Houston, TX
    - (2) AGC Life Insurance Company (Subsidiary), Nashville, TN
      - (3) American General Life & Accident Insurance Company (Subsidiary), Nashville, TN
      - (3) American General Life Insurance Company (Subsidiary), Houston, TX
        - (4) American General Securities Incorporated (Subsidiary), Houston, TX
        - (4) AIG American General Assurance Company (Subsidiary), Schaumburg, IL

      - (3) American General Property Insurance Company (Subsidiary), Nashville, TN
      - (3) The Variable Annuity Life Insurance Company (Subsidiary), Houston, TX
        - (4) AIG (Subsidiary), Houston, TX


    - (2) AIG American General (Subsidiary), Springfield, IL
    - (2) American General Assurance Company (Subsidiary), Neptune, NJ
      - (3) America General Insurance Company (Subsidiary), Schaumburg, IL
      - (3) American General Assurance Company (Subsidiary), Schaumburg, IL
      - (3) American International Group American General (Subsidiary), Milwaukee, WI
      - (3) The United States Life Insurance Company in the City of New York (Subsidiary), New York, NY

LexisNexis® Corporate Affiliations .,, American International Group, Inc.

- (3) United States Life Insurance Company, New York (Subsidiary), Neptune, NJ
- (3) USLIFE Advisers, Inc. (Subsidiary), New York, NY
- (3) USLIFE Equity Sales Corp. (Subsidiary), New York, NY
- (3) USLIFE Insurance Services Corporation (Subsidiary), Dallas, TX
- (3) USLIFE Real Estate Services Corp. (Subsidiary), Dallas, TX
- (3) USLIFE Systems Corporation (Subsidiary), Dallas, TX

- (2) American General Finance Advisors (Subsidiary), Houston, TX
- (2) American General Finance, Inc. (Subsidiary), Evansville, IN
  - (3) American General Auto Finance, Inc. (Subsidiary), Evansville, IN
  - (3) American General Bank, FSB (Subsidiary), Santa Ana, CA
  - (3) American General Finance Corporation (Subsidiary), Evansville, IN
    - (4) Merit Life Insurance Co. (Subsidiary), Evansville, IN
    - (4) Yosemite Insurance Company (Subsidiary), Evansville, IN

  - (3) Wilmington Finance, Inc. (Subsidiary), Independence, OH

- (2) AIG Life Insurance Co. of Canada (Holding), Toronto, ON, Canada

- (1) AIG Aviation, Inc. (Subsidiary), Atlanta, GA

- (1) AIG Consultants, Inc. (Subsidiary), New York, NY

- (1) AIG Consumer Finance Group, Inc. (Subsidiary), New York, NY
  - (2) AIG Financial Products Corp (Subsidiary), Wilton, CT

- (1) AIG Global Investment Corp. (Subsidiary), New York, NY
  - (2) AIG Highstar Capital II, L.P. (Unit), New York, NY
    - (3) Advanced Disposal Services, Inc. (Holding), Jacksonville, FL
      - (4) Urrutia Inc. (Subsidiary), Abbeville, AL

    - (3) AMPORTS, Inc. (Holding), Jacksonville, FL
      - (4) AMPORTS Atlantic Terminal (Subsidiary), Baltimore, MD
      - (4) Benicia Port Terminal Company (Inc.) (Subsidiary), Benicia, CA
      - (4) AMPORTS Mexico Altamira Facility (Subsidiary), Altamira, Mexico

    - (3) MTC Holdings (Holding), San Francisco, CA
      - (4) Marine Terminals Corporation (Subsidiary), San Francisco, CA

    - (3) Utilities, Inc. (Holding), Northbrook, IL

  - (2) AIG Global Investment Corp. Canada (Subsidiary), Toronto, ON, Canada
  - (2) AZ Automotive Corp. (Holding), Center Line, MI

- (1) AIG Global Real Estate Investment (Subsidiary), New York, NY

- (1) AIG Life Insurance Company (Subsidiary), Philadelphia, PA

LexisNexis® Corporate Affiliations .,, American International Group, Inc.

- (1) AIG Life Insurance Company of Puerto Rico (Subsidiary), San Juan, PR

- (1) AIG Risk Management (Subsidiary), New York, NY

- (1) AIG SunAmerica Inc. (Subsidiary), Los Angeles, CA
  - (2) AIG Agency Auto (Subsidiary), Alpharetta, GA
  - (2) Sunamerica Affordable Housing Partners (Subsidiary), Bethesda, MD
  - (2) SunAmerica Investments, Inc. (Subsidiary), Los Angeles, CA
    - (3) Advantage Capital Corp. (Subsidiary), Atlanta, GA
    - (3) AIG Financial Advisors (Subsidiary), Phoenix, AZ
    - (3) Royal Alliance Associates (Subsidiary), New York, NY
    - (3) Sentra Securities Corp. (Subsidiary), San Diego, CA

    - (2) SunAmerica Life Insurance Company (Subsidiary), Los Angeles, CA
      - (3) First SunAmerica Life Insurance Company (Subsidiary), New York, NY
        - (4) Royal Alliance Associates, Inc. (Subsidiary), New York, NY
        - (4) SunAmerica Asset Management Corp. (Subsidiary), Jersey City, NJ
        - (4) SunAmerica Capital Services, Inc. (Subsidiary), Jersey City, NJ

- (1) AIG Trading Group Inc. (Subsidiary), New York, NY
  - (2) AIG International Inc. (Branch), New York, NY

- (1) AIU Insurance Company (Subsidiary), New York, NY

- (1) AIU Personal Lines (Subsidiary), New York, NY

- (1) American Home Assurance Company (Subsidiary), New York, NY
  - (2) AIG Hawaii Insurance Company, Inc. (Subsidiary), Honolulu, HI

- (1) American International Adjustment Company (Subsidiary), Livingston, NJ

- (1) American International Group Inc. (Subsidiary), Denver, CO

- (1) American International Group Inc. (Subsidiary), Saint Louis, MO

- (1) American International Life Assurance Company of New York (Subsidiary), New York, NY

- (1) American International Realty Corp. (Subsidiary), New York, NY

- (1) American International Recovery, Inc. (Subsidiary), Alpharetta, GA

- (1) American International Underwriters Corporation (Subsidiary), New York, NY

- (1) American Life Insurance Company (Subsidiary), Wilmington, DE

LexisNexis® Corporate Affiliations ., American International Group, Inc.

- (2) AIG Life Asigurari Romania S.A. (Subsidiary), Bucharest, Romania
- (2) Alico AIG Life (Subsidiary), Maroussi, Athens, Greece
- (2) Alico AIG Life (Subsidiary), Kiev, Ukraine
- (2) Alico AIG Life Cyprus (Subsidiary), Nicosia, Cyprus
- (2) First American Czech Insurance Company a.s. (Subsidiary), Prague, Czech Republic
- (2) First American Hungarian Insurance Company (Subsidiary), Budapest, Hungary
- (2) First American-Polish Life Insurance & Reinsurance Company S.A. (Subsidiary), Warsaw, Poland
- (2) First American Slovak Insurance Company a.s. (Subsidiary), Bratislava, Slovakia
- (2) Russian American Insurance Company (Subsidiary), Moscow, Russia
- (2) Zivotozaotrahovatelno Druzestno AD AIG Life Bulgaria (Subsidiary), Sofia, Bulgaria

- (1) Birmingham Fire Insurance Company of Pennsylvania (Subsidiary), New York, NY

- (1) Delaware American Life Insurance Company (Subsidiary), Wilmington, DE

- (1) Hawaii Insurance Consultants, Ltd. (Subsidiary), Honolulu, HI

- (1) HSB Group, Inc. (Subsidiary), Hartford, CT
  - (2) The Hartford Steam Boiler Inspection and Insurance Company (Subsidiary), Hartford, CT
    - (3) Hartford Steam Boiler Inspection & Insurance Co. (Branch), Hartford, CT
    - (3) HSB Associates Inc. (Branch), Hartford, CT
    - (3) HSB Reliability Technology Corp. (Division), Alexandria, VA
    - (3) HSB Solomon L.L.C. (Division), Dallas, TX
    - (3) HSB Reliability Technologies (Subsidiary), Hartford, CT
    - (3) Polytechnic Club Inc. (Subsidiary), Hartford, CT
    - (3) Professional Loss Control (Subsidiary), Lenoir City, TN
    - (3) HSB Engineering Insurance Limited (Subsidiary), London, United Kingdom
      - (4) The Boiler Inspection and Insurance Company of Canada (Subsidiary), Toronto, ON, Canada

- (1) Imperial AI Credit Corp. (Subsidiary), Jersey City, NJ
  - (2) Imperial AI Credit Corporation (Division), Los Angeles, CA

- (1) The Insurance Company of the State of Pennsylvania (Subsidiary), New York, NY

- (1) Mt. Mansfield Company, Inc. (Subsidiary), Stowe, VT
  - (2) Stowe Country Club Corporation (Division), Stowe, VT

- (1) National Union Fire Insurance Company of Pittsburgh, Pa. (Subsidiary), New York, NY
  - (2) International Lease Finance Corporation (Subsidiary), Los Angeles, CA
  - (2) Lexington Insurance Company (Subsidiary), Boston, MA
    - (3) South East Risk Specialty Properties (Division), Atlanta, GA

LexisNexis® Corporate Affiliations ., American International Group, Inc.

- - (2) United Guaranty Corporation (Subsidiary), Greensboro, NC

- - (1) NHIG Holding Corp. (Subsidiary), New York, NY
  - - (2) American Global Insurance Co. (Division), Manchester, NY
  - - (2) AIG (Subsidiary), Baton Rouge, LA
    - - (3) Agency Management Corporation (Subsidiary), Baton Rouge, LA
      - - (4) Gulf Agency, Inc. (Subsidiary), Montgomery, AL

  - - (2) New Hampshire Insurance Company (Subsidiary), New York, NY
    - - (3) Granite State Insurance Company (Subsidiary), New York, NY

- - (1) Risk Specialists Companies, Inc. (Subsidiary), Boston, MA
  - - (2) Eastern Risk Specialists Inc. (Division), Philadelphia, PA

- - (1) Southeastern Risk Specialists (Subsidiary), Atlanta, GA

- - (1) Transatlantic Holdings Inc. (Subsidiary), New York, NY
  - - (2) Transatlantic Reinsurance Company (Subsidiary), New York, NY
    - - (3) Trans Re Zurich (Subsidiary), Zurich, Switzerland

- - (1) Travel Guard Group, Inc. (Subsidiary), Stevens Point, WI
  - - (2) Mercury International (Subsidiary), Fort Lauderdale, FL
  - - (2) Noel Learning Center (Subsidiary), Stevens Point, WI

- - (1) 21st Century Insurance Company of Arizona (Joint Venture), Phoenix, AZ

- - (1) AIG Europe, SAParis, La Defense 2, France

- - (1) AIG Life Insurance Company of Canada (Subsidiary), Toronto, ON, Canada

- - (1) AIG Life Insurance Company (Switzerland) Ltd. (Subsidiary), Breganzona, Switzerland

- - (1) AIG Russia Insurance Company (Subsidiary), Moscow, Russia

- - (1) American International Assurance Company, Limited (Subsidiary), Hong Kong, China (Hong Kong)

- - (1) American International Underwriters Overseas, Ltd. (Subsidiary), Pembroke, Bermuda
  - - (2) American International Insurance Company of Puerto Rico (Branch), San Juan, PR
  - - (2) AIG Europe (Ireland) Limited (Subsidiary), Dublin, Ireland
  - - (2) AIG Europe (U.K.) Limited (Subsidiary), London, United Kingdom

LexisNexis® Corporate Affiliations .,, American International Group, Inc.

- (1) American Security Life Insurance Company (Subsidiary), Schaan, Liechtenstein

- (1) Commerce and Industry Insurance Company of Canada (Subsidiary), Toronto, ON, Canada

- (1) Nan Shan Life Insurance Company, Ltd. (Subsidiary), Taipei, Taiwan

- (1) The Philippine American Life and General Insurance Company (Subsidiary), Manila, Philippines
  - (2) Pacific Union Assurance Company (Subsidiary), New York, NY

- (1) AIG Canada (Holding), Toronto, ON, Canada

- (1) AIG Private Bank Limited (Holding), Zurich, Switzerland

- (1) American International Companies (Holding), Pembroke, Bermuda

- All in Hierarchy

**LOAD-DATE:** August 4, 2008