UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ELLIOT PORCO,

                Plaintiff,

   vs.

LEXINGTON INSURANCE COMPANY

                Defendant.
----------------------------------------------------------X

Docket No. 08-CV-6951(KMK)

**JURY DEMAND**

This action having been removed by the defendant pursuant to 28 U.S.C. § 1332, 1441 and 1446 from the Supreme Court of the State of New York, County of Westchester, plaintiff hereby demands a trial by jury of all issues.

                Yours, etc.

                ABRAHAM, LERNER & ARNOLD, LLP
                Attorneys for Plaintiff

                By: _____
                Johnathan C. Lerner
                (JL 5754)
                292 Madison Avenue, 22nd Floor
                New York, New York 10017
                (212) 686-4655

TO:   CLAUSEN MILLER P.C.
        One Chase Manhattan Plaza
        New York, New York 10005
        (212) 805-3943