AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

### APPEARANCE

Case Number: 08cv6951 (KMK) ECF Case

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LEXINGTON INSURANCE COMPANY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/8/2008 | _(signature)_ |
| Date | Signature |
| | Andrew C. Jacobson — AJ8040 |
| | Print Name — Bar Number |
| | Clausen Miller, PC   One Chase Manhattan Plaza |
| | Address |
| | New York — New York — 10005 |
| | City — State — Zip Code |
| | (212) 805-3912 — (212) 805-3939 |
| | Phone Number — Fax Number |